UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Minnesota Laborers Health
and Welfare Fund,

Plaintiff,

vs. ORDER

Michael Mundell,

Defendant. Civ. No. 00-2750 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Pamela Hodges Nissen, McGrann Shea Franzen
Carnival Straughn & Lamb, 800 Nicollet Mall
Ste 2600, Mpls, MN 55402-2041

At Duluth, in the District of Minnesota, this 19th day of March, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears that more than 20 days have elapsed since the Summons and Complaint were served, and that no appearance has been entered by the Defendant.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed.

MAR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiff is directed to:

1. Notify the Defendant immediately that he is required to serve and file his Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleading is filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiff's counsel complies with this Order within 20 days of this date, this case may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE