UNITED STATES FEDERAL COURT

DISTRICT OF MINNESOTA

Civil File No.: 00-CV-2750 MJD/RLE

**MINNESOTA LABORERS HEALTH AND WELFARE FUND,**

**Plaintiff,**

**Vs.**

**MICHAEL MUNDELL,**

**Defendant,**

**STIPULATION AND ORDER ALLOWING THIRD-PARTY COMPLAINT**

**STIPULATION**

The parties, Minnesota Laborers Health and Welfare Fund and Michael Mundell, through their respective counsel, hereby stipulate and agree that the Court may grant leave to Defendant Mundell, as requested by his recent Motion, to join additional parties through a Third-Party Summons and Complaint.

FILED MAY 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Specifically, the parties stipulate and agree that the Court's Order shall allow Defendant Mundell to join, as Third-Party Defendants, Bedrock Flint, Inc.; Auto-Owners Insurance Company; and Credit General Insurance Company.

Dated: ______________

______________________________

Pamela H. Nissen
McGrann Shea Franzen Carnival
Straughn & Lamb
2600 U.S. Bancorp Center
800 Nicollett Mall
Minneapolis, MN 55402-7035
Attorneys for Plaintiff

Dated: ______________

______________________________

Sean M. Quinn, 20397X
FALSANI, BALMER, PETERSON, & QUINN
1200 Alworth Building
306 W. Superior Street
Duluth, MN 55802
(218) 723-1990
Attorneys for Defendant

Specifically, the parties stipulate and agree that the Court's Order shall allow Defendant Mundell to join, as Third-Party Defendants, Bedrock Flint, Inc.; Auto-Owners Insurance Company; and Credit General Insurance Company.

Dated: 5/17/01

Pamela H. Nissen
McGrann Shea Franzen Carnival
Straughn & Lamb
2600 U.S. Bancorp Center
800 Nicollett Mall
Minneapolis, MN 55402-7035
Attorneys for Plaintiff

Dated: 5.17.01

Sean M. Quinn, 20397X
FALSANI, BALMER, PETERSON, & QUINN
1200 Alworth Building
306 W. Superior Street
Duluth, MN 55802
(218) 723-1990
Attorneys for Defendant

**ORDER**

Based upon the above stipulation of the parties, the Court hereby orders:

The Defendant is granted leave to join Bedrock Flint, Inc., Auto-Owners Insurance Company, and Credit General Insurance Company as Third-Party Defendants by the filing and serving of a Third-Party Summons and Complaint.

MAY 2 1 2001

Raymond L. Erickson

Magistrate Raymond L. Erickson
United States Magistrate Judge