UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND,

Plaintiff,

vs.

MICHAEL MUNDELL,

Defendant,

vs.

Bedrock Flint, Inc.,
Auto Owners Ins. Co., and
Credit General Ins. Co.,

Third-Party Defendants.

Civil File No. 00-2750 (MJD/RLE)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the parties in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: 8/30, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys for Plaintiff

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 9-7, 2001

FALSANI BALMER PETERSON & QUINN

By ______________________
Sean M. Quinn
Atty Reg. No. ( ) 20397X
1200 Alworth Building
306 West Superior Street
Duluth, Minnesota 55802
Telephone: (218) 723-1990

Attorneys for Defendant

Dated: 9-19, 2001

COUSINEAU McGUIRE & ANDERSON

By John T. Thul
John T. Thul
Atty Reg. No. (109794)
1550 Utica Avenue South, Suite 600
Minneapolis, Minnesota 55416-5318
Telephone: (952) 546-8400

Attorneys for Third-Party Defendant

Dated: 9-26, 2001

AAFEDT FORDE GRAY & MONSON

By James R. Gray, for
Patrick T. Grove
Atty Reg. No. (285754)
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402-4242
Telephone: (612) 339-8965

Attorneys for Third-Party Defendant

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: Oct. 10, 2001

Michael J. Davis
Judge of District Court